IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE URIBE RODRIGUEZ, ) <br> individually and d/b/a BETO'S ) <br> TAQUERIA; and ALJOS, INC., an ) <br> unknown business entity d/b/a ) <br> BETO'S TAQUERIA, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:12-cv-02774-GEB-GGH <br><br> ORDER CONTINUING STATUS <br> (PRETRIAL SCHEDULING) <br> CONFERENCE; FED. R. CIV. P. <br> 4(M) NOTICE |

        Plaintiff's Status Report filed February 13, 2013, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 4, 2013, is continued to May 13, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve the defendants with process within the 120 day period prescribed in that Rule may result in the unserved defendant(s) and/or this action being dismissed. To avoid dismissal, on or before March 11, 2013, Plaintiff shall file proof of

1

service for the defendants or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: February 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge