```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


J & J SPORTS PRODUCTIONS, INC.,    )
                                   )    2:12-cv-02774-GEB-GGH
            Plaintiff,             )
                                   )
       v.                          )    ORDER RE: SETTLEMENT AND
                                   )    DISPOSITION
JOSE URIBE RODRIGUEZ,              )
individually and d/b/a BETO'S      )
TAQUERIA; and ALJOS, INC., an      )
unknown business entity d/b/a      )
BETO'S TAQUERIA,                   )
                                   )
            Defendants.            )
_____   )
```

Plaintiff filed a Notice of Settlement on March 6, 2013, in which it states:

> the Parties . . . have settled *all* claims relative to the above-entitled action in *their entirety*, and Plaintiff respectfully requests this Court take judicial notice of same.
>
> Settlement documents, including a Notice of Voluntary Dismissal, are being prepared and will be forwarded to Defendants by Plaintiff's counsel, and Plaintiff's counsel anticipates the Notice of Voluntary Dismissal will be filed with the Court, promptly.

(ECF No. 7, 1:19-24.)

Therefore, a dispositional document shall be filed no later than March 27, 2013. See E.D. Cal. R. 160(b) ("Upon [notification of settlement], the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification,

absent good cause.") Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. Id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled to commence at 9:00 a.m. on May 13, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  March 7, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2